# UNITED STATES DISTRICT COURT
for the

Northern District of Iowa

| | |
|---|---|
| Minnesota Lawyers Mutual Insurance Company<br>*Plaintiff*<br><br>v.<br><br>Gallagher, Langlas & Gallagher, P.C., et al.<br>*Defendant* | )<br>)<br>)<br>) Civil Action No. C15-2008 EJM<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Brent J. Heemskerk
12383 Wellington Ridge Drive
Clive, IA 50325

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kevin J. Driscoll
Eric G. Hoch
Finley, Alt, Smith, Scharnberg, Craig, Hilmes & Gaffney, P.C.
699 Walnut Street, Suite 1900
Des Moines, IA 50309

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/17/2015

/s/ djs
*Signature of Clerk or Deputy Clerk*

Civil Action No. C15-2008 EJM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

MINNESOTA LAWYERS MUTUAL
INSURANCE COMPANY,

                  Plaintiff,

v.

GALLAGHER, LANGLAS &
GALLAGHER, P.C.,
TIMOTHY C. BOLLER, E.J.
GALLAGHER III, EDWARD J.
GALLAGHER, JR., LINDA A. JENSEN
HALL, THOMAS W. LANGLAS,
DOMINIC PECHOTA, KAREN L.
THALACKER, THOMAS C.
VERHULST, GEORGE L. WEILEIN,
MELISSA M. TIMMERMANS, and
BRENT J. HEEMSKERK, Fiduciary of
the Estate/Conservatorship of DAVID
A. ROTH

                  Defendants.

CASE NO. 15-2008

ACCEPTANCE OF SERVICE

**COME NOW** attorney Thomas J. Houser, and hereby accept legal and timely service of the Summons and Complaint for Declaratory Judgment Including Request for Rescission of Insurance Policy on behalf of Defendants, Brent J. Heemskerk, Fiduciary of the Estate/Conservatorship of David A. Roth (copies of which are attached hereto).

Dated this 18th day of March, 2015.

_____
Thomas J. Houser
Davis Brown Law Firm
4201 Westown Pkwy,
Suite 300
West Des Moines, Iowa 50266

ATTORNEY FOR DEFENDANT BRENT J.
HEEMSKERK, Fiduciary of the
Estate/Conservatorship of DAVID A. ROTH
TomHouser@DavisBrownLaw.com