MINNESOTA LAWYERS MUTUAL INSURANCE COMPANY

160186

| OUR REF NO | YOUR INVOICE NO. | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | NET CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | 14-872PAY | 10/30/2014 | 14-872 | 71,532.25 | 0.00 | 71,532.25 |
| Check: | 160186 | 10/30/2014 | C4734 | Gallagher Langlas etc trust ac | | 71,532.25 |

**MINNESOTA LAWYERS MUTUAL INSURANCE COMPANY**
333 SOUTH SEVENTH STREET, SUITE 2200
MINNEAPOLIS, MN 55402

usbank. All of us serving you

17-2-910

160186

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 10/30/2014 | 160186 | *********71,532.25* |

*SEVENTY-ONE THOUSAND FIVE HUNDRED THIRTY-TWO AND 25 / 100

PAY TO THE ORDER OF  Gallagher, Langlas & Gallagher, P.C. Trust Account



AUTHORIZED SIGNATURE

⑈160186⑈ ⑆091000022⑆ 10477389904 2⑈

**EXHIBIT A**