# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| MINNESOTA LAWYERS MUTUAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>GALLAGHER, LANGLAS & GALLAGHER, P.C.,<br>TIMOTHY C. BOLLER,<br>E.J. GALLAGHER III,<br>EDWARD J.L GALLAGHER, JR.,<br>LINDA A. JENSEN HALL,<br>THOMAS W. LANGLAS,<br>DOMINIC PECHOTA,<br>KAREN L. THALACKER,<br>THOMAS C. VERHULST,<br>GEORGE L. WEILEIN,<br>MELISSA M. TIMMERMANS, and<br>BRENT J. HEEMSKERK, Fiduciary of Estate/Conservatorship of<br>DAVID A. ROTH,<br><br>    Defendants. | Civil Action No.: 6:15-CV-2008<br><br><br>**LOCAL RULE 7.1 DISCLOSURE STATEMENT** |

As required by LR 7.1, Defendant Gallagher, Langlas & Gallagher P.C. provides the following information to the Court:

(a)    Defendant Gallagher, Langlas & Gallagher P.C. is currently unaware of any associations, firms, partnerships, corporations, or other artificial entities that either are related to the Defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Defendant's outcome in this case.

1

PATTERSON LAW FIRM, L.L.P.
505 Fifth Avenue, Suite 729
Des Moines, IA  50309
Phone:  (515) 283-2147
FAX:    (515) 283-1002
E-mail:  jboehlert@pattersonfirm.com
E-mail:  jmiller@pattersonfirm.com

By:___/s/ Jeffrey A. Boehlert_____

By:___/s/ Jason W. Miller _____

**ATTORNEYS FOR DEFENDANTS GALLAGHER, LANGLAS & GALLAGHER, P.C., TIMOTHY C. BOLLER, E.J. GALLAGHER III, EDWARD J.L GALLAGHER, JR., THOMAS W. LANGLAS, THOMAS C. VERHULST, and GEORGE L. WEILEIN**

Original filed via ECF:

Copies via ECF:

Kevin J. Driscoll
Eric G. Hoch
FINLEY, ALT, SMITH, SCHARNBERG,
  CRAIG, HILMES & GAFFNEY, P.C.
699 Walnut Street, Suite 1900
Des Moines, IA  50309

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties in the above-cause of action by serving a copy thereof upon each of the attorneys of record herein electronically through the Court's ECF system mail on the 27th day of April 2015, at their respective address disclosed on the pleadings.

   /s/   Lisa Brown

2