IN THE UNITED STATES DISTRICT COURT
FOR THE [NORTHERN] [SOUTHERN] DISTRICT OF IOWA
[WESTERN] [CENTRAL] [EASTERN] [CEDAR RAPIDS] [DAVENPORT] DIVISION

| | | |
|---|---|---|
| Minnesota Lawyers Mutual Insurance Company | ) ) ) | |
| Plaintiff(s), | ) ) | NO. 15-2008 |
| vs. | ) ) | |
| Gallagher, Langlas & Gallagher | ) ) ) | SCHEDULING ORDER AND DISCOVERY PLAN |
| Defendant(s). | ) | |

Counsel have conferred and submit the following case information and proposed dates for case management:

1. Did the parties both (a) enter into an agreement at the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information? __X__ yes _____ no
   *If any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 10 days after this order and plan has been filed, serve and file a document in which the objections are set forth with particularity. If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made:* __June 22, 2015__
2. Deadline for motions to add parties: __August 11, 2015__
3. Deadline for motions to amend pleadings: __August 11, 2015__
4. Expert witnesses disclosed by: a) Plaintiff: __September 9, 2015__
   b) Defendant: __November 11, 2015__
   c) Plaintiff Rebuttal: __December 11, 2015__
5. Deadline for *completion* of discovery: __February 11, 2016__
6. Dispositive motions deadline (*at least 120 days before Trial Ready Date*): __March 11, 2016__
7. Trial Ready Date (*at least 120 days after Dispositive Motions Date*): __July 11, 2016__
8. Has a jury demand been filed? _____ yes __X__ no
9. Estimated length of trial: __7__ days
10. Settlement conference (choose one of the following): (a) _____ A court-sponsored settlement conference should be set by the court at this time for a date after: _____; or
    (b) __X__ A court-sponsored settlement conference is not necessary at this time.
11. Should the court order a court-sponsored scheduling and planning conference pursuant to Fed. R. Civ. P. 16(b) and 26(f)? _____ yes __X__ no
12. Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3)?
    _____ yes __X__ no

| | |
|---|---|
| /s/ Kevin J. Driscoll | /s/ Jeffrey A. Boehlert |
| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
| Address: 699 Walnut, #1900 Des Moines, IA 50309 | Address: 505 Fifth Ave, #729, Des Moines IA 50309 |
| Telephone: 515-288-0145 | Telephone: 515-283-2147 |
| Facsimile: 515-288-2724 | Facsimile: 515-283-1002 |
| E-mail address: kdriscoll@finleylaw.com | E-mail address: jboehlert@pattersonfirm.com |

Attorney for Third-Party Defendant\Other:

Address:

Telephone:

Facsimile:

E-mail address:

## JUDGE'S REVISIONS

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

IT IS ORDERED that this proposed Scheduling Order and Discovery Plan __X__ is _____ is not approved and adopted by this court.

IT IS FURTHER ORDERED that a scheduling and planning conference:

__X__ will not be scheduled at this time.

_____ will be held in the chambers of Judge _____ at the U.S. Courthouse in _____, Iowa, on the \_\_\_\_\_ day of _____, at \_\_\_\_\_ o'clock, \_\_\_.m.

_____ will be held by telephone conference, initiated by the court, on the \_\_\_\_\_ day of _____, at \_\_\_\_\_ o'clock, \_\_\_.m.

DATED this 12th day of June, 2015

MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case is referred to a U.S. Magistrate Judge for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and the consent of the parties.

DATED this \_\_\_\_\_ day of _____.

UNITED STATES DISTRICT JUDGE

/s/ Thomas J. Houser
Thomas J. Houser
Stanley J. Thompson
Davis Brown Law Firm
4201 Westown Parkway, Suite 300
West Des Moines, IA 50266
Email: TomHouser@davisbrownlaw.com
 StanThompson@davisbrownlaw.com
ATTORNEY FOR BRENT J. HEEMSKERK


/s/ Frederick B. Anderson
Frederick B. Anderson
Andrew B. Howie
Hudson, Mallaney, Shindler & Anderson, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265-5749
Phone: 515-223-4567
Fax: 515-223-8887
Email: anderson@hudsonlaw.net
 ahowie@hudsonlaw.net
ATTORNEY FOR KAREN THALACKER
AND MELISSA TIMMERMANS


/s/ Todd L. Stevenson
Todd L. Stevenson
Les V. Reddick
Kane, Norby & Reddick, P.C.
2100 Asbury R, Suite 2
Dubuque, IA 52001
Phone: 563-582-7980
Fax: 563-582-5312
Email: tstevenson@kanenorbylaw.com
 lreddick@kanenorbylaw.com
ATTORNEY FOR LINDA A.
JENSEN HALL

/s/ Robert J. O'Shea
Robert J. O'Shea
O'Shea & O'Shea, P.C.
1007 Longfellow Drive
Hiawatha, IA 52233
Phone: 319-362-3640
Fax: 319-362-1345
Email: roshea@oshealawpc.com
ATTORNEY FOR DOMINIC PECHOTA

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on the 11 of June, 2015 by:

☐ U.S. Mail ☐ FAX
☐ Hand Delivered ☐ UPS
☐ Federal Express ☒ Electronic Filing
☐ Other _____

*Leah Swanson*

2