Darrel A. Morf, Attorney

THE IOWA DISTRICT COURT
BLACK HAWK COUNTY

| | |
|---|---|
| IN THE MATTER OF<br>THE ESTATE OF<br>EDWARD J GALLAGHER, JR.,<br>DECEASED | Probate No. ESPR0_____<br><br>PETITION FOR PROBATE OF WILL<br>AND APPOINTMENT OF EXECUTOR(S) |

STATE OF IOWA, COUNTY OF BLACK HAWK, ss:

The undersigned being first duly sworn (or affirmed) states as follows:

1. Edward J Gallagher, Jr. died at Iowa City, IA on the 5th day of April, 2015, then domiciled in and a resident of Black Hawk County, Iowa.

2. Said decedent made and executed an instrument designated as a Last Will and Testament, dated the 30th day of October, 2007 and the undersigned petitions that the same be admitted to Probate in this Court as provided by law.

3. The undersigned, decedent's son, petitions that Edward J. Gallagher, III and Bessemer Trust Company, N.A., a qualified person and corporation whose addresses are respectively 801 Sheridan Road, Waterloo, IA 50701 and 630 Fifth Avenue, New York, NY 10111-0333, be appointed Co-Executors without bond.

4. The person or corporation nominated in said Will is not proposed as Executor because: Catherine C. Gallagher predeceased the Decedent, having died October 14, 2013 and Wells Fargo Bank, N.A. has declined to serve as successor Executor. Said Declination is being filed herein.

5. The adult children of the Decedent, Edward J. Gallagher, III, Mary Kay Beecher and Sheila Gallagher Kain, have agreed and consented to the appointment of Edward J. Gallagher, III and Bessemer Trust Company, N.A., as the successor Co-Executors.

6. The Estate is being opened for the purpose of substituting the Estate for Edward J. Gallagher, Jr., individually, in several pending lawsuits, as well as such other duties and responsibilities as shall arise during the Estate proceedings.

7. There are no assets in the Estate and therefore, the requirement of a bond should be waived.

8. The undersigned personally knows that the statements herein made are true, as such petitioner verily believes.

WHEREFORE, the undersigned prays that this affidavit be treated as a Petition for Probate of Will and Appointment of Executors with appropriate orders accordingly.

I certify under penalty of perjury and pursuant to the laws of the state of Iowa that the preceding is true and correct.

_____
Edward J. Gallagher, III, Petitioner
Address: 801 Sheridan Road
Waterloo, IA  50701