IN THE IOWA DISTRICT COURT IN AND FOR
THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| MINNESOTA LAWYERS MUTUAL INSURANCE COMPANY<br><br>Claimants,<br><br>v.<br><br>GALLAGHER, LANGLAS & GALLAGHER, P.C., TIMOTHY C. BOLLER, E.J. GALLAGHER III, EDWARD J. GALLAGHER, JR., LINDA A. JENSEN HALL, THOMAS W. LANGLAS, DOMINIC PECHOTA, KAREN L. THALACKER, THOMAS C. VERHULST, GEORGE L. WEILEIN, MELISSA M. TIMMERMANS and BRENT J. HEEMSKERK, Fiduciary of the Estate/Conservatorship of DAVID A. ROTH,<br><br>Defendants | Case No.: 6:15-cv-2008<br><br>INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1) |

COMES NOW the Defendants, Karen L. Thalacker and Melissa M. Timmermans, and hereby submit their Initial Disclosures pursuant to Rule 26(a)(1):

A.  The name and, if known, the address and telephone number of each individual likely to have discoverable information the disclosing party may use to support its claims or defenses, unless solely for impeachment, identify in the subjects of the information:

**RESPONSE:**

1. Karen L. Thalacker

    It is expected that Karen L. Thalacker will testify that she played no part in completing an application for insurance coverage with Minnesota Lawyers Mutual Insurance Company. Furthermore, it is anticipated that Karen L. Thalacker will testify that she was unaware of any malpractice claims against David Roth prior to the death of David Roth. It is also anticipated that Karen L. Thalacker will testify that insurance coverage and defense counsel was provided for claims being made against Gallagher, Langlas & Gallagher, P.C., after the death of David Roth which related to the alleged malpractice of David Roth.

2. Melissa M. Timmermans

    It is expected that Melissa M. Timmermans will testify that she played no part in completing an application for insurance coverage with Minnesota Lawyers Mutual Insurance Company. Furthermore, it is anticipated that Melissa M. Timmermans will testify that she was unaware of any malpractice claims against David Roth prior to the death of David Roth. It is also anticipated that Melissa M. Timmermans will testify that insurance coverage and defense counsel was provided for claims being made against Gallagher, Langlas & Gallagher, P.C., after the death of David Roth which related to the alleged malpractice of David Roth.

B. A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

**RESPONSE:**

1. Insurance policy issued by Minnesota Lawyers Mutual Insurance attached to Plaintiff's Complaint.

2. Renewed insurance policy 4716-20.

3. Exhibits to GLG's Answer to MLM's Complaint attached as Exhibits A, B, and C to Defendants Gallagher's Disclosures.

4. Insurance Applications for Policies 4716-19 and 4716-20.

5. Correspondence between MLM and GLG or any employee for GLG regarding polices 4716-19 and 4716-20 or the acts of David Roth.

6. Documents filed in Black Hawk County case CVCV126682.

7. The underlying Roth client files as they relate to claims made or that could have been made against Policy 4716-19.

8. Discovery continues, Defendants reserve the right to disclose additional information.

C. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

**RESPONSE:**

This Defendant has made a claim for attorney's fee incurred in defending this matter. The suit has just recently been filed and therefore fees cannot be computed at this time.

D. For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE:**

MLM policies 4716-19 and 4716-20. No other policies.

HUDSON, MALLANEY, SHINDLER & ANDERSON, P.C.

/s/ Andrew B. Howie

Andrew B. Howie, AT0003716
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone: (515) 223-4567
Fax: (515) 223-8887
Email: ahowie@hudsonlaw.net

/s/ Frederick B. Anderson

Frederick B. Anderson, AT0000467
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone: (515) 223-4567
Fax: (515) 223-8887
Email: anderson@hudsonlaw.net

EDMS Copies to:

Kevin J. Driscoll
Eric G. Hoch
FINLEY, ALT, SMITH, SCHARNBERG,
CRAIG, HILMES & GAFFNEY, P.C.
699 Walnut Street, Ste 1900
Des Moines, IA 50309
Telephone: 515-288-0145
Facsimile: 515-288-2724
E-mail: kdriscoll@finleylaw.com
E-mail: ehoch@finleylaw.com
ATTORNEYS FOR PLAINTIFF MINNESOTA
LAWYERS MUTUAL INSURANCE COMPANY

Jeffrey A. Boehlert
Jason W. Miller
Patterson Law Firm, LLP
505 Fifth Avenue, Suite 729
Des Moines, IA 50309
Phone: 515-283-2147
Fax: 515-283-1002
E-mail: jboehlert@pattersonfirm.com
E-mail: miller@pattersonfirm.com
ATTORNEYS FOR DEFENDANTS GALLAGHER, LANGLAS & GALLAGHER, P.C.
TIMOTHY C. BOLLER, E.J. GALLAGHER III, THOMAS W. LANGLAS, THOMAS
C. VERHULST, And GEORGE L. WEILEIN

Les V. Riddick
Todd L. Stevenson
KANE, NORBY & REDDICK, PC
2100 Asbury Road, suite 2
Dubuque, IA 52001-3069

Thomas J. Houser
Stanley J. Thompson
DAVIS, BROWN, KOEHN, SHORES & ROBERTS
215 10th Street, Suite 1300
Des Moines, IA 50309

Robert O'Shea
O'Shea & O'Shea, P.C.
1007 Longfellow Drive
Hiawatha, IA 52233